UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BENJAMIN GUY BEHEL, <br> DAVID EUGENE WALLACE, and <br> JOYE D. WALLACE, <br><br> Plaintiffs, <br><br> vs. <br><br> BERNEY P. WESCOTT, <br> HERITAGE TRANSPORT, LLC, <br> BOBBY LYNN JAMES, and <br> TRACY LONNY REYNOLDS <br><br> Defendants. | Case No. 1:21-cv-0035-SNLJ |

## JUDGMENT

In accordance with the memorandum and order entered today, JUDGMENT is hereby entered in favor of defendants Bobby Lynn James and Tracy Lonny Reynolds and against plaintiffs.  JUDGMENT is further entered in favor of defendants Bobby Lynn James and Tracy Lonny Reynolds and against defendants/crossclaimants Berney P. Wescott and Heritage Transport, LLC.

Dated this 21st day of December, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE