UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BENJAMIN GUY BEHEL, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:21-cv-00035-SNLJ |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| BERNEY P. WESCOTT and | ) |
| HERITAGE TRANSPORT, LLC, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

This matter came for trial before a jury, the undersigned presiding. The issues were duly tried and the jury rendered its verdict on May 15, 2024 as follows:

On the claim of plaintiff Benjamin Behel for personal injury, we, the undersigned jurors, assess percentages of fault as follows:

Defendants Berney Wescott and Heritage Transport, LLC: **8%**

Plaintiff Benjamin Behel: **92%**

We, the undersigned jurors, find the total amount of plaintiff's damages disregarding any fault on the part of plaintiff to be **$500,000**.

The Court hereby reduces the total amount of Plaintiff's damages by the 92% fault assessed against plaintiff by the jury resulting in a sum of **$40,000**.

Furthermore, the Court being fully advised that Plaintiff previously entered into a settlement with former Defendants Bobby Lynn James and Tracy Lonny Reynolds before the trial of this matter in the sum of **$30,000** and Defendants having plead an affirmative defense for

a set off for any amounts received by Plaintiff by way of settlement pursuant to § 537.060 RSMo and *Norman v. Wright*, 100 S.W.3d 783 (Mo. 2003), the Court further reduces the sum of Plaintiff's damages by the amount of Plaintiff's settlement with Bobby Lynn James and Tracy Lonny Reynolds resulting in a total award of damages to Plaintiff of **$10,000.**

Taxable court costs are also awarded to the Plaintiff, who shall file a Bill of Costs in accordance with the Local Rules of this Court.

**IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Plaintiff on all personal injury claims of Plaintiff and against Defendants in the sum of **$10,000 plus taxable court costs.**

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Dated this 3rd day of June, 2024.